**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| PRUDENTIAL EQUITY GROUP, LLC<br>One New York Plaza, 16th Floor<br>New York, NY 10292-0131,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>FRANK J. GOLDMAN<br>29 Blythewood Road<br>Baltimore, MD  21210<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____ |

## APPLICATION TO CONFIRM ARBITRATION AWARD

Pursuant to §9 of the Federal Arbitration Act, 9 U.S.C. § 9, plaintiff, Prudential Equity Group, LLC hereby petitions this Court to confirm an arbitration Award of the New York Stock Exchange ("NYSE") against the defendant Frank J. Goldman.  The basis for Plaintiff's Application is outlined in the accompanying Memorandum of Support.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　PRUDENTIAL EQUITY GROUP, LLC.

　　　　　By:　　GARVEY SCHUBERT BARER


　　　　　　　　　　Robert A.W. Boraks, Esq.
　　　　　　　　　　USDC Md. Bar No.:  013641
　　　　　　　　　　1000 Potomac Street, N.W., Fifth Floor
　　　　　　　　　　Washington, D.C. 20007
　　　　　　　　　　(202) 965-7880