• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Prudential Equity Group, LLC

v

Frank J Goldman

**SUMMONS IN A CIVIL CASE**

CASE

RDB-04CV1907

TO: (Name and address of Defendant)

Frank J. Goldman
29 Blythewood Rd
Baltimore, MD 21210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. W. Boraks, Esq.
Garvey Schubert Barer
1000 Potomac St, NW – 5th Fl
Washington, D.C. 20007

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

### NOTICE - This case is subject to electronic filing.
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon                                         6-18-04

CLERK                                                     DATE

(By) DEPUTY CLERK