

WASHINGTON, DC OFFICE

*fifth floor*
*flour mill building*
*1000 potomac street nw*
*washington, dc 20007-3501*
TEL *202 965 7880* FAX *202 965 1729*

OTHER OFFICES

*new york, new york*
*portland, oregon*
*seattle, washington*

GSBLAW.COM

GARVEY SCHUBERT BARER

*Please reply to* ROBERT A.W. BORAKS
*bboraks@gsblaw.com* TEL EXT *1796*
*20546-02800*

July 1, 2004

**VIA ELECTRONIC FILING**

Clerk, United States District Court
District of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, MD 21201

    Prudential Equity Group, LLC  v. Frank J. Goldman, RDB 04 CV 1907

To Whom It May Concern:

Please find enclosed the original Return of Service, which was attached to the Summons and Complaint, for the above-captioned case. Please contact me if you have any questions at (202) 965-7880.

Sincerely,

Robert Boraks, Esq.

Encl.

• AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF MARYLAND

Prudential Equity Group, LLC

V.

Frank J. Goldman

**SUMMONS IN A CIVIL CASE**

CASE

RDB 04CV1907

TO: (Name and address of Defendant)

Frank J. Goldman
29 Blythewood Rd
Baltimore, MD 21210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. W. Baraks, Esq.
Garvey Schubert Barer
1000 Potomac St, NW – 5th Fl
Washington, D.C. 20007

an answer to the complaint which is herewith served upon you, within _____20_____days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon                                          6-18-04

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1]  * | DATE **6/26/04 at 12:00 pm** | |
| NAME OF SERVER (PRINT) **Leslie Roth** | TITLE **Private Process Server** | |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where
_____

**XX**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were    **Lisa Goldman, wife**
**Service was completed at 29 Blythewood Road, Baltimore, Maryland 21210.**

G   Returned
_____
_____

G   Other (specify): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed    **6/28/04**
Date

Signature of Server   **CAPITOL PROCESS SERVICES**
1827 18th Street, N.W.
Washington, D.C.  20009
(202) 667-0050

Address of Server

**\* Application to Confirm Arbitration Award, Memorandum in Support of Plaintiff's Application to Confirm Arbitration Award, Order, and Exhibits**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.