**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Northern Division) CIVIL DIVISION

| | | |
|---|---|---|
| PRUDENTIAL EQUITY GROUP, LLC<br>One New York Plaza, 16th Floor<br>New York, NY 10292-0131, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Number RDB.: 04-1907 |
| FRANK J. GOLDMAN,<br>29 Blythewood Road<br>Baltimore, MD 21210, | ) ) | |
| Defendant. | ) ) | |

## ORDER OF ENTRY OF DEFAULT JUDGMENT

This matter comes before the court upon Plaintiff's Motion for Entry of Default against Defendant after Defendant failed to file an Answer in response to Plaintiff's June 18, 2004, Application to Confirm Arbitration Award ("Application"). The basis for Plaintiff's underlying Application is as follows: On July 12, 2002, Plaintiff filed a Statement of Claim with the New York Stock Exchange ("NYSE") against Defendant seeking monies owed under a Promissory Note with Plaintiff; Defendant filed a counter-claim in the same action. The parties' claims were heard before a three-member panel of NYSE arbitrators in Baltimore, Maryland on February 9, 10, 26, 27 & 28, 2004. On May 5, 2004, the NYSE panel denied Defendant's counter-claim and entered an Award in Prudential's favor in the amount of $1,080,646.00 ($925,000.00 from Frank Goldman, and $155,646.00 from Howard Goldman, a co-defendant in that case).

On June 18, 2004, Plaintiff filed an Application to Confirm an Arbitration Award of the New York Stock Exchange ("NYSE"). Plaintiff has provided this court with certification from

the Director of Arbitration of the NYSE that this Award is true and correct.[1] The court file in this case reflects that Defendant was properly served with Plaintiff's Application to Confirm the Arbitration Award on June 26, 2004, that the time for Defendant to file an Answer expired on July 16, 2004, and that Defendant failed to file an Answer.

On August 13, 2004, pursuant to this court's Order of July 22, 2004, Plaintiff filed a Motion for Entry of Default and Motion for Judgment by Default. In support of its Motion for Judgment by Default, Plaintiff filed an Affidavit from Plaintiff's counsel outlining the factual and legal basis for granting its Motion.

UPON CONSIDERATION of the foregoing, and it appearing from the records in the above-entitled action that an Order for Default for failure to file an Answer or other defense was entered on ___8/19/2004___, as to Defendant for failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on June 26, 2004; therefore, it is this ___8th___ day of ___SEPTEMBER___, 2004, by the United States District Court for the District of Maryland,

ORDERED AND ADJUDGED, that Judgment by Default be and the same is entered in favor of Plaintiff against Defendant for the sum of nine hundred twenty five thousand dollars and zero cents ($925,000.00), with interest and costs.

Judge Richard D. Bennett
U. S. DISTRICT COURT

---

[1] This certification is in the form of a letter to co-counsel from the Director of the NYSE certifying that the Award is a true and correct copy of original Award on file with the NYSE.

-2-