CIRCUIT COURT FOR BALTIMORE COUNTY
Suzanne Mensh
Clerk of the Circuit Court
County Courts Building
401 Bosley Avenue
P.O. Box 6754
Towson, MD 21285-6754
(410)-887-2601, TTY for Deaf: (800)-735-2258
Maryland Toll Free Number (800) 938-5802

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 MAY 18 P 1: 16

BY_____ DEPUTY

N O T I C E   O F   R E C O R D E D   J U D G M E N T
Case Number: 03-C-06-005105 RJ
Originating Court : 04-1907
C I V I L

Prudential Equity Group L L C vs Goldman

    I HEREBY CERTIFY that the following Judgment has been recorded in this Court in the above entitled case:

Judgment Against:  Goldman, Frank J
                      29 Blythewood Road
                      Baltimore, MD    21210

| | | | |
|---|---|---|---|
| Judgment in Favor of: | Prudential Equity Group L L C | | |
| Judgment Entry Date: | 05/15/06 | Other Fee: | $.00 |
| Amount of Judgment: | $925,000.00 | Service Fee: | $.00 |
| PreJudgment Interest: | $.00 | Witness Fee: | $.00 |
| Appearance Fee: | $.00 | Attorney Fee: | $.00 |
| Filing Fee: | $15.00 | Total Judgment: | $925,015.00 |
| | with interest and costs | | |

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

_____
Suzanne Mensh
Clerk of the Circuit Court, per_____

Issued:   05/15/06